IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,                    No. 2:11-cv-1535 KJN P

    vs.

SOLANO COUNTY SHERIFF, et al.,

    Respondents.                 ORDER

_____/

    Respondents have requested a sixty day extension of time to file an answer or otherwise responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' August 23, 2011 request for an extension of time (dkt. no. 10) is granted; and

    2. Respondents shall file their responsive pleading on or before October 22, 2011. Petitioner's traverse, if any, shall be filed thirty days thereafter.

DATED: August 26, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

sher1535.eot