IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,        No. 2:11-cv-1535 KJN P

    vs.

SOLANO COUNTY SHERIFF, et al.,

    Respondents.        ORDER TO SHOW CAUSE

/

    Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 19, 2011, respondent filed a motion to dismiss for lack of jurisdiction.  Petitioner has not filed an opposition to the motion.  Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

    Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why his failure to oppose respondent's October 19, 2011 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to

1

1 | file an opposition to the pending motion to dismiss, will result in a recommendation that this
2 | action be dismissed.

3 | DATED: November 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sher1535.46h